**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

600 CLEVELAND, LLC,

      Plaintiff,

v.                                       Case No. 8:24-cv-1652-KKM-AAS

BANK OF AMERICA, N.A.,

      Defendant.

_____

## ORDER

On March 16, 2026, the United States Magistrate Judge entered a Report and Recommendation, recommending that I grant Bank of America's motion for entitlement to attorney's fees and non-taxable expenses. R. & R. (Doc. 125). The fourteen-day deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, I adopt the Report and Recommendation for the reasons stated therein and grant Bank of America's motion.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue.

*Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation and grant Bank of America's motion.

Accordingly, it is **ORDERED**:

1.  The Magistrate Judge's Report and Recommendation (Doc. 125) is **ADOPTED** and made a part of this order for all purposes.

2.  Bank of America's Motion for Entitlement to Attorney's Fees and Non-Taxable Costs (Doc. 110) is **GRANTED**.

3.  No later than forty-five days after the entry of this order, Bank of America must file a supplemental motion on the amount of requested fees and costs in accordance with Local Rule 7.01(c).

**ORDERED** in Tampa, Florida, on March 31, 2026.

*Kathryn Kimball Mizelle*

Kathryn Kimball Mizelle
United States District Judge

2