**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

600 CLEVELAND, LLC,

      Plaintiff,

v.                                     Case No. 8:24-cv-1652-KKM-AAS

BANK OF AMERICA, N.A.,

      Defendant.

---

## ORDER

On April 21, 2026, the United States Magistrate Judge entered a Report and Recommendation, recommending that I grant in part Bank of America's motion for an award of taxable costs. R. & R. (Doc. 135); *see* Mot. (Doc. 111). The fourteen-day deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, I adopt the Report and Recommendation for the reasons stated therein and grant in part Bank of America's motion.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue.

*Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation and grant in part Bank of America's motion.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 135) is **ADOPTED** and made a part of this order for all purposes.

2. Bank of America's Motion for an Award of Taxable Costs (Doc. 111) is **GRANTED in part**. Bank of America is awarded $14,544.25 in taxable costs.

3. In accordance with my previous order, *see* (Doc. 127), to continue staying enforcement of the judgment, 600 Cleveland, LLC, must deposit into the Court's registry an additional $15,998.67 no later than fourteen days after the entry of this order.

**ORDERED** in Tampa, Florida, on May 6, 2026.

Kathryn Kimball Mizelle
United States District Judge

2